Kenneth L. Neeley, 025899
Christopher J. Dutkiewicz, 024962
Nicholas T. Van Vleet, 026933
Dane Paulsen, 029225
Daniel Taylor, 032094
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>LACHELLE LACRISH MOORE,<br><br>           Debtor. | Chapter 13<br>Case No.: 2:19-bk-04351-EPB<br><br>**MOTION TO INCUR DEBT** |

LaChelle Moore ("Debtor"), hereby moves this court for an order allowing her to finance the purchase of a vehicle pursuant to Local Bankruptcy Rule 2084-25(a).

   1. On April 11, 2019, Debtor filed for relief under Chapter 13 of the Bankruptcy Code.

   2. On the petition date, Debtor owed CAG Acceptance, LLC for a 2010 Mazda CX-7 (the "Collateral").

   3. Debtor filed a Third Amended Plan wherein she will surrender interest in the Collateral because it is no longer reliable transportation.

   4. Debtor would like to purchase a new vehicle due to the fact that the Collateral is not operable.

   5. The purchase of a replacement vehicle is necessary for Debtor's employment.

   6. Debtor estimates she they will need to borrow no more than $21,587.04 and that the corresponding monthly payment will be no more than $299.82 with 15.99% interest.

   7. Debtor is current on plan payments and Debtor is not in default under the terms of the Chapter 13 Plan.

   **WHEREFORE**, Debtor requests that the court enter an Order:

A. Allowing Debtor to incur debt to finance the purchase of a motor vehicle provided:

   a. The new debt is a single loan to purchase a vehicle and the only security given for the new debt will be the vehicle;

   b. The new debt does not exceed $21,587.04;

   c. The repayment term for the new debt does not exceed 72 months;

   d. The monthly loan payment does not exceed $299.82;

   e. The new debt will not prejudice the class of general unsecured creditors; and

B. For other such relief that the Court deems necessary.

DATED: August 1, 2019                    **NEELEY LAW FIRM, PLC**


                                         */s/ Kenneth L. Neeley*
                                         Kenneth L. Neeley
                                         Christopher J. Dutkiewicz
                                         Nicholas T. Van Vleet
                                         Dane Paulsen
                                         Daniel Taylor
                                         *Attorneys for Debtor*