Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| LACHELLE LACRISH MOORE | Case No. 2:19-04351-EPB |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 4 months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $1175.00

The next scheduled payment is due: 02/11/2021

**Debtors is required to pay no less than $1525.00 by 02/11/2022 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 10/11/2021.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | EDWARD J. MANEY                                      |
| 2   | CHAPTER 13 TRUSTEE                                   |
| 3   | By:_____                 |
| 4   | Edward J. Maney ABN 12256                            |
|     | Chapter 13 Trustee                                   |
| 5   | 101 North First Avenue, Suite 1775                   |
|     | Phoenix, AZ 85003                                    |
| 6   | (602) 277-3776                                       |
|     | ejm@maney13trustee.com                               |

CERTIFICATE OF MAILING FOR CASE NO. 2:19-04351-EPB

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Kenneth L. Neeley, Esq.
1120 S. Dobson Rd, STE. 230
Chandler, AZ 85286-

Debtor (s):
LACHELLE LACRISH MOORE
1825 W. RAY ROAD UNIT 1055
CHANDLER, AZ. 85225-

,

By:_____
    Trustee's Clerk